IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOLLENSHEAD, ET AL.,** | **CIVIL ACTION** |
| Plaintiffs, | |
| v. | No. 18-3102 |
| **NEW PENN FINANCIAL, LLC, ET AL.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 18th day of March, 2020, upon consideration of Defendant Ocwen Loan Servicing, LLC's ("Ocwen") Motion to Dismiss Second Amended Complaint (Doc. No. 58) and Plaintiffs' response (Doc. No. 59), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendant Ocwen's Motion to Dismiss Plaintiffs' claim for unjust enrichment (Count III) is **GRANTED** and this claim is **DISMISSED WITH PREJUDICE** as to Ocwen.

2. In all other respects, Defendant Ocwen's Motion is **DENIED**.

                              **BY THE COURT:**

                              */s/ Mitchell S. Goldberg*
                              **MITCHELL S. GOLDBERG, J.**